SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIN QU,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>Defendants. | No. C 07-5996 JW<br><br>**STIPULATION TO DISMISS and [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated plaintiff's application for naturalization.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-5996 JW                                                    1

| | |
|---|---|
| Date: December 17, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Date: December 14, 2007 | /s/<br>JAMES CAI<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The clerk shall close this file.

Date:   December 19, 2007

_____
JAMES WARE
United States District Judge