1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

| | |
|---|---|
| 12 MIN QU, | ) |
|  | ) No. C 07-5996 JW |
| 13      Plaintiff, | ) |
|  | ) |
| 14      v. | ) **STIPULATION TO DISMISS** |
|  | ) **and [PROPOSED] ORDER** |
| 15 MICHAEL CHERTOFF, Secretary of the | ) |
| Department of Homeland Security, et al., | ) |
| 16 | ) |
|      Defendants. | ) |
| 17 _____ | ) |

18     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

19 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20 action without prejudice in light of the fact that the United States Citizenship and Immigration

21 Services adjudicated plaintiff's application for naturalization.

22     Each of the parties shall bear their own costs and fees.

23 ///

24 ///

25

26

27

28

Stipulation to Dismiss
C07-5996 JW                              1

| | | |
|---|---|---|
| 1 | Date: December 17, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 5 | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |
| 9 | Date: December 14, 2007 | /s/<br>JAMES CAI<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The clerk shall close this file.

Date: December 19, 2007

_____
JAMES WARE
United States District Judge